UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM BALDWIN,**

                Plaintiff,

-vs-                              Case No.  8:09-cv-1331-T-33EAJ

**NATIONAL CREDIT ADJUSTERS, LLC,**

                Defendant.
_____/

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **National Credit Adjusters, LLC** in Tampa, Florida on this 12th day of November, 2009.

                              SHERYL L. LOESCH, CLERK

                        By:   /s/ *LBingham*
                                L. Bingham, Deputy Clerk

Copies furnished to:

Counsel of Record